### IN RE ADDICKS AND BARKER (TEXAS) FLOOD–CONTROL RESERVOIRS

**This Document Applies To: All Cases**

**Master Docket No. 17–3000L**

United States Court of Federal Claims.

Filed: December 18, 2017

### SCHEDULING ORDER

Susan G. Braden, Chief Judge

The December 20, 2017 hearing scheduled in the above-captioned case has been re-scheduled to begin at **9:30 AM (CST)** on Wednesday, December 20, 2017 in Courtroom 10–B in the United States District Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas.

**IT IS SO ORDERED.**